UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00006

———

**Securities and Exchange Commission,**
*Plaintiff,*

v.

**Reliable One Resources, Inc. et al.,**
*Defendants.*

———

# ORDER

On January 11, 2023, plaintiff filed a motion to unseal the "Complaint and further pleadings and submissions in this matter." Doc. 12. The court construes this as a motion to unseal all filings in this case, as well as the case itself. This motion is granted. The clerk of court is directed to unseal the filings in the above-captioned case, as well as the case itself.

*So ordered by the court on January 12, 2023.*

J. CAMPBELL BARKER
United States District Judge