# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § | |
| Plaintiff, § § | |
| v. § | CASE NO.: 6:23-cv-00006 |
| § | |
| RELIABLE ONE RESOURCES, INC., § QUANTUM FILTRATION INC., CLYDE § CAMERON CRAVEY, KENNETH WIEDRICH, § | |
| Defendants. § | |

## UNOPPOSED JOINT MOTION TO EXTEND ORDER, CONTINUE PRELIMINARY INJUNCTION HEARING, AND EXTEND DATE FOR FILING OF SWORN ACCOUNTING

Defendants Clyde Cameron Cravey, and Kenneth Wiedrich (together "Defendants") respectfully request that the Court extend the temporary restraining order, continue the related preliminary injunction hearing, and extend the date by which Defendants must file a sworn accounting in this case as follows:

### I.

### FACTS AND MOTION

On January 9, 2023 the Court granted the Securities and Exchange Commission's ("SEC") request for issuance of an *ex parte* temporary restraining order and asset freeze against Defendants in this case ("TRO"). The TRO remains in effect. Pursuant to the Court's order, the TRO expires at 1 p.m. on Monday, January 23, 2023. The TRO further set the SEC's motion for a preliminary injunction on Thursday, January 19, 2024. The Court also issued an Order of Ancillary Remedies on January 9, 2023, which, among other things, requires Defendants to file a sworn accounting with the Court by 5 p.m. on Monday, January 16, 2023.

Defendants have retained the undersigned as counsel, who are now in the process of investigating and analyzing the SEC's allegations. To permit sufficient time for that investigation, Defendants have conferred with the SEC regarding (1) extending the terms of the TRO, (2) continuing the Court's hearing on the Motion for Preliminary Injunction, and 3) extending the date by which the sworn accounting ordered in the Order of Ancillary Remedies must be filed.

After conferring with the SEC all parties agree to extend the terms of the TRO 7 days to January 30, 2023 at 1:00 p.m. Consistent with that agreed extension, Defendants request that the Court reset the hearing date for the SEC's Motion for a Preliminary Injunction to January 26, 2023. Defendants also request that this Court reset the dates for briefing on the Motion for Preliminary Injunction as follows:

1. Defendants shall have until January 23, 2023 at 1 p.m. to respond to the Motion.
2. Plaintiff shall file any reply by January 25, 2023 at 1 p.m.

Defendants also request the Court extend the deadline by which a sworn accounting must be filed with the Court to January 18, 2023 at 1 p.m.

## II.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court (1) extend the terms of the TRO in this case to January 30, 2023 at 1:00 p.m., (2) continue hearing on the SEC's Motion for Preliminary Injunction to January 26, 2023, (3) reset briefing deadlines as agreed upon by the parties above, and (4) extend the deadline for Defendants to file sworn accountings pursuant to this Court's Order of Ancillary Remedies to January 18, 2023 at 1 p.m.

Dated: January 13, 2023                     Respectfully Submitted,


                                            */s/ David W. Klaudt*
                                            David W. Klaudt
                                            State Bar No. 00796073
                                            klaudtd@gtlaw.com
                                            Robert Long
                                            State Bar No. 24089210
                                            longr@gtlaw.com
                                            Michael Besser
                                            State Bar No. 24105464
                                            besserm@gtlaw.com

                                            Greenberg Traurig, LLP
                                            2200 Ross Avenue, Suite 5200
                                            Dallas, Texas 75201
                                            Tel:  (214) 665-3600
                                            Fax:  (214) 665-3601

                                            **ATTORNEYS FOR DEFENDANT
                                            CLYDE CAMERON CRAVEY**


                                            */s/ Jeff Ansley*
                                            Jeffrey J. Ansley
                                            State Bar No. 00790235
                                            jansley@vedderprice.com
                                            Katherine M. Devlin
                                            State Bar No. 24094372
                                            kdevlin@vedderprice.com

                                            Vedder Price
                                            400 Crescent Court, Suite 300
                                            Dallas, Texas 75201
                                            Telephone: (469) 895-4750

                                            **ATTORNEYS FOR DEFENDANT
                                            KENNETH WIEDRICH**

## **CERTIFICATE OF CONFERENCE**

  I, David W. Klaudt, hereby certify that on the 13th day of January, 2023, I conferred with David B. Reece, counsel for Plaintiff in connection with the above Motion and he is unopposed.

                 */s/ David W. Klaudt*
                 David W. Klaudt

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties that have appeared through the Court's electronic filing system on January 13th, 2023.

                 */s/ David W. Klaudt*

                 David W. Klaudt