IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No.: 6:23-CV-6 JCB/JDL |
| RELIABLE ONE RESOURCES, INC., QUANTUM FILTRATION, INC., CLYDE CAMERON CRAVEY, and KENNETH WIEDRICH, | : |
| Defendants. | : |

**PLAINTIFF'S AGREED MOTION FOR ENTRY OF
AGREED JUDGMENT AS TO DEFENDANTS
<u>RELIABLE ONE RESOURCES, INC. AND QUANTUM FILTRATION, INC.</u>**

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") files this Agreed Motion for Entry of Agreed Judgment as to Defendants Reliable One Resources, Inc. and Quantum Filtration, Inc. ("Defendants"), and respectfully shows the Court as follows:

1. The Commission and Defendants have reached an agreement to settle the non-monetary claims against the Defendants. Defendants have consented to the entry of a judgment ("Agreed Judgment") which, among other things, resolves all issues of liability in this case, imposes injunctive relief, and defers the Court's determination of the amount of disgorgement, prejudgment interest, and civil penalties to be imposed pending a motion of the Commission.

2. Defendants have executed a Consent, attached hereto as Exhibit "A". The proposed Agreed Judgment is attached as Exhibit "B".

Accordingly, the Commission respectfully requests that the Court grant this Motion and enter the proposed Agreed Judgment.

1

Dated: September 12, 2023.                Respectfully submitted,

*s/ Jennifer D. Reece*
Jennifer D. Reece
Texas Bar No. 00796242
United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Office: 817-978-6442
Cell: 817-404-7969
Fax: 817-978-4927
*reecej@sec.gov*

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

I certify that on September 12, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the CM/ECF system of the Court. I hereby certify that I have served all counsel of record or *pro se* parties according to Fed. R. Civ. P. 5(b)(2).

                                                      *s/Jennifer D. Reece*
                                                     Jennifer D. Reece