UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00006

**Securities and Exchange Commission,**
*Plaintiff,*

v.

**Reliable One Resources, Inc., et al.,**
*Defendants.*

# ORDER

Plaintiff Securities and Exchange Commission ("SEC") has filed a motion for entry of an agreed judgment as to defendants Reliable One Resources, Inc., and Quantum Filtration, Inc. Doc. 57. That motion is granted.

*So ordered by the court on July 16, 2024.*

J. CAMPBELL BARKER
United States District Judge